UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PROGRESSIVE EXPRESS INSURANCE
COMPANY, an Ohio corporation,

    Plaintiff,

vs.

YLM TRANSPORT, INC., a Florida
corporation; ARIEL VALDES
BERMUDEZ; and REBECCA MATTHEW,
as Personal Representative of the Estate
of Dyllon D. J. Smith, deceased,

    Defendants.
_____/

Case No. 3:20-cv-00510-MMH-MCR

## NOTICE OF SETTLEMENT

Progressive Express Insurance Company filed this action seeking a declaration that its insurance policy does not provide coverage to YLM Transport, Inc. in an underlying state-court action filed by Rebecca Matthew. DE 1 at 7–8. Progressive has since tendered the policy limits to Ms. Matthew, and Ms. Matthew dismissed with prejudice her claims against YLM in the state-court action. *See* Exhibit A.

CRONIN & MAXWELL, PL

  */s/ Sean B. Cronin*
_____

Sean B. Cronin
Florida Bar No. 146447
Gregory H. Maxwell

        Florida Bar No. 259888
        Attorneys for Defendant,
        Rebecca Matthew
        4250 Lakeside Drive, Ste. 204
        Jacksonville, FL 32210
        (904) 388-9555
        Facsimile: (904) 388-0792
        Email: service-cm@croninmaxwell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        Respectfully submitted,

        */s/ Sean B. Cronin*
        _____
        Sean B. Cronin
        Florida Bar No. 146447
        Gregory H. Maxwell
        Florida Bar No. 259888
        4250 Lakeside Drive, Ste. 204
        Jacksonville, FL 32210
        (904) 388-9555
        Facsimile: (904) 388-0792
        Email: service-cm@croninmaxwell.com
        Attorneys for Defendant,
        Rebecca Matthew

## SERVICE LIST

Kerry C. McGuinn, Jr., Esq.
Florida Bar No. 982644
Michael S. Rywant, Esq.
Florida Bar No. 240354
Rywant, Alvarez, Jones, Russo
& Guyton, P.A.
302 Knights Run Avenue, Suite 1000
Tampa, FL 33602
Tel:    813-229-7007
Fax:    813-223-6544
kmcguinn@rywantalvarez.com
jmolina@rywantalvarez.com
msrywant@rywantalvarez.com
cfernandez@rywantalvarez.com
Attorneys for Defendant YLM
Transport, Inc.

Bryan S. Gowdy, Esq.
Florida Bar No. 176631
Creed & Gowdy, P.A.
865 May Street
Jacksonville, FL 32204
Tel:    904-350-0075
Fax:    904-503-0441
bgowdy@appellate-firm.com
filings@appellate-firm.com
Attorneys for Defendants,
YLM Transport, Inc. and
and Rebecca Matthew

Stuart J. Freeman, Esq.
Florida Bar No. 237493
Freeman, Goldis & Cash, P.A.
Post Office Box 12349
2553 First Avenue North
St. Petersburg, FL 33733-2349
Tel:    727-327-2258
Fax:    727-321-2497
stuart.freeman@fgclawfirm.com
crystal.siegal@fgclawfirm.com
Attorneys for Plaintiff, Progressive
Express Insurance Company